UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:03-CR-046-HDM-VPC |
| Plaintiff, ) | |
| vs. ) | |
| KELLIE L. VARNUM ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#29) on November 3, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| RITE-AID | 103.72 |
| SAVON DRUGS | 48.32 |
| HOME DEPOT | 42.60 |
| SEARS | 115.13 |
| SAFEWAY | 317.23 |
| KMART | 144.73 |
| RALEY'S GROCERY STORE | 240.99 |

| | |
|---|---|
| WALGREENS | 36.74 |
| USPS DISBURSING OFFICER | 26.20 |
| ALBERTSONS | 39.46 |
| JOSTEN'S JEWELERS | 3,562.00 |
| SCOLARI'S GROCERY STORES | 943.99 |
| BIG LOTS | 96.26 |
| KRAGEN AUTO PARTS | 129.75 |
| AMERICAN THERAPEUTIC CLINIC | 56.00 |
| ROUND TABLE PIZZA | 78.07 |

**Total Amount of Restitution ordered:** $5981.19

Dated this _16th_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE